IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RAYNA JOHNSON,** | ) | **CASE NO. 8:09CV429** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MONTCLAIR NURSING** | ) | |
| **REHABILITATION CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 4th day of December, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge